# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| CARLOS ROBERTO, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 0:23-cv-61579-WPD |
| | ) |
| v. | ) |
| | ) |
| ADDISON PLACE APARTMENTS PROPERTY OWNER LLC, JRK RESIDENTIAL GROUP, INC., and I.Q. DATA INTERNATIONAL, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

Notice is hereby given that Defendant, Addison Place Apartments Property Owner LLC, was served with the Summons and Complaint on August 21, 2023. Proof of service is attached hereto as Exhibit "A."

Respectfully Submitted,

/s/ Sarah Cibula Feller
Sarah Cibula Feller, Esq.
FL Bar No.: 1027808
Darren R. Newhart, Esq.
FL Bar No: 0115546
E-mail: darren@newhartlegal.com
sarah@newhartlegal.com
NEWHART LEGAL, P.A.
14611 Southern Blvd, Suite 1351
Loxahatchee, FL 33470
Telephone: (561) 331-1806
Facsimile: (561) 473-2946

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2023 a true and correct copy of the foregoing has been e-filed and served to all counsel of record using the Court's CM/ECF portal.

/s/ *Sarah Cibula Feller*
Sarah Cibula Feller, Esq.
FL Bar No: 1027809

## SERVICE LIST

All counsel of record.