AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-61579-WPD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Addison Place Apartments Property Owner, LLC
was received by me on *(date)* 08/18/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Donna Mach For NRAI Services, Inc. , who is designated by law to accept service of process on behalf of *(name of organization)* Addison Place Apartments Property Owner, LLC on *(date)* 08/21/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/21/2023

*Server's signature*

Eric Rosaler-Process Server
*Printed name and title*

PO Box 4132
Hallandale, FL 33008

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| CARLOS ROBERTO | ) | Received On 8-18-23 |
| | ) | Served On CT |
| | ) | Date 8-11-2 Time 12:30 pm |
| _____ | ) | P.S. _MM 1477_ |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 0:23-cv-61579-WPD |
| ADDISON PLACE APARTMENTS PROPERTY OWNER LLC ET AL. | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Addison Place Apartments Property Owner LLC c/o Registered Agent NRAI SERVICES, INC 1200 SOUTH PINE ISLAND ROAD PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Newhart Legal, P.A.
14611 Southern Blvd. #1351
Loxahatchee, FL 33470

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 08/16/2023

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ N. Cubic
Deputy Clerk
U.S. District Courts