UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61579-CIV-DIMITROULEAS

CARLOS ROBERTO,

    Plaintiff,

vs.

ADDISON PLACE APARTMENTS PROPERTY
OWNER LLC, et al.,

    Defendants.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

On October 24, 2023, Defendant Addison Place Apartments Property Owner LLC filed its Answer, Affirmative Defenses, and Counterclaim. *See* [DE 34]. In accordance with Federal Rule of Civil Procedure 12(a)(1)(B), Plaintiff's response to the Counterclaim was due on or before November 14, 2023. However, as of the date of this Order, Plaintiff has failed to respond to the Counterclaim.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff, on or before **December 8, 2023**, shall either file a response to Defendant's Counterclaim or show cause why he has not filed a response to Defendant's Counterclaim.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of December, 2023.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record