## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CARLOS ROBERTO.,

    Plaintiff,                                    Case No. 0:23-cv-61579

vs.

ADDISON PLACE APARTMENTS
PROPERTY OWNER, LLC., et al.

    Defendants.
_____/

## **MEDIATION REPORT**

In accordance with the Plaintiff's Notice of Mediation Conference, a ZOOM Mediation was held with the parties and counsel on Tuesday, February 13, 2024, at 10:00 a.m. The Plaintiff, CARLOS ROBERTO, appeared with lead trial counsel. The Defendants, ADDISON PLACE APARTMENTS PROPERTY OWNER, LLC and JRK RESIDENTIAL GROUP, INC., attended with their corporate representative and lead trial counsel. The Defendant, I.Q. DATA INTERNATIONAL, attended with its corporate representative and lead trial counsel.

All parties present participated in good faith. The parties reached an impasse at this time.

Done March 14, 2024, in Tampa, Florida.

                                          Respectfully submitted,

                                          */s/ Gregory P. Holder*
                                          Gregory P. Holder, Esq., Mediator
                                          Florida Bar No. 339326
                                          1511 N. Westshore Blvd., Suite 700
                                          Tampa, Florida 33606
                                          Telephone: (813) 773-5106
                                          Facsimile: (727) 498-8902
                                          Email: greg@zinoberdiana.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that March 14, 2024, I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                            /s/ *Gregory P. Holder*
                                            Gregory P. Holder, Esq., Mediator