UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61579-CIV-DIMITROULEAS

CARLOS ROBERTO,

    Plaintiff,

vs.

ADDISON PLACE APARTMENTS PROPERTY
OWNER LLC, et al.,

    Defendants.
_____/

## ORDER DENYING STIPULATION OF DISMISSAL
## AS TO DEFENDANTS ADDISON PLACE APARTMENTS PROPERTY OWNER LLC
## AND JRK RESIDENTIAL GROUP, INC.

THIS CAUSE is before the Court upon the Stipulation and Settlement Agreement [DE 105] (the "Stipulation"), filed herein on June 10, 2024. The Court has carefully reviewed the Stipulation [DE 105] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

To the extent the Stipulation seeks to dismiss Defendants Addison Place Apartments Property Owner LLC and JRK Residential Group, Inc. from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it must be denied.[1] A stipulation of dismissal signed by *all parties who appeared in the lawsuit* is required. See Fed. R. Civ. P. 41(a)(1)(ii); *City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, No. 22-12419, 2023 WL 5944193, at *1 (11th Cir. Sept. 13, 2023) (holding dismissals pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) were

---

[1] Federal Rule of Civil Procedure 41(a)(1)(A)(i) is not applicable. Pursuant to Rule 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment." In this case, all Defendants filed Answers to the Complaint. *See* [DE's 11, 33, 34].

ineffective because they were not signed by all parties who had appeared).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 105] is hereby **DENIED without prejudice** to be re-filed in compliance with this Order.

2. The re-filed stipulation should be filed on or before **July 1, 2024**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 25th day of June 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record