UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61579-CIV-DIMITROULEAS

CARLOS ROBERTO,

    Plaintiff,

vs.

ADDISON PLACE APARTMENTS PROPERTY
OWNER, LLC, et al.,

    Defendants.
_____/

## **ORDER STRIKING PLAINTIFF'S RESPONSE**

THIS CAUSE is before the Court upon the Court's careful consideration of Plaintiff Carlos Roberto ("Plaintiff")'s Response to IQ Data International, Inc.'s Statement of Material Facts ("PSOF"), filed August 8, 2024. [DE 130]. The Court is otherwise fully advised in the premises.

Plaintiff's filing [DE 130] is inordinately confusing and attempts to send the Court down rabbit holes attempting to determine which of Defendant's asserted undisputed facts are being disputed by Plaintiff and, if so, what is the dispute. All of the "disputed" facts simply state "disputed" followed by a citation, leaving the Court to guess as to what "fact" serves as the basis for the dispute. *See, e.g.*, PSOF ¶¶ 13, 15, 20, 28, 32, 38, 39, 40, 41. Moreover, Plaintiff adds evidentiary objections and legal arguments to many of the responses that do not appear to dispute the Defendant's asserted fact. For example, Plaintiff "objects" to a number of Defendant's asserted facts as speculative, as lacking foundation, or as hearsay, but fails to specifically controvert those facts or otherwise elaborate on the grounds for the objection. *See, e.g.*, PSOF ¶¶ 17, 20, 27, 28, 29, 32, 33, 34, 35, 36, 37, 39, 40, 41. To avoid any confusion, such arguments should be reserved for the response brief.

The Court will require Plaintiff to remedy these issues before the briefing on Defendant's Motion to Dismiss proceeds. Plaintiff is cautioned that failure to remedy these issues may result in the Court deeming the Defendant's Statement of Material Facts [DE 123] to be admitted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Response to IQ Data International, Inc's Statement of Material Facts [DE 130] is hereby **STRICKEN**.

2. On or before **August 16, 2024**, Plaintiff shall respond to Defendant's statement of facts in a manner consistent with this Order.[1] No additional amendments will be provided. Defendant is then permitted seven (7) days to reply.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 9th day of August 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

---

[1] Plaintiff may also file an amended response brief, if necessary.