UNITED STATES DISTRICT OURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CARLOS ROBERTO,

   Plaintiff,

   -vs-

ADDISON PLACE APARTMENTS PROPERTY OWNER LLC, JRK RESIDENTIAL GROUP, INC., and I.Q. DATA INTERNATIONAL, INC.,

   Defendants.

CASE NO.: 0:23-cv-61579-WPD

**PLAINTIFF'S RESPONSE TO IQ DATA INTERNATIONAL, INC.'S STATEMENT OF MATERIAL FACTS**

1. Undisputed.

2. Undisputed.

3. Undisputed.

4. Undisputed.

5. Undisputed.

6. Undisputed.

7. Undisputed.

8. Undisputed.

9. Undisputed.

10. Undisputed. After applying Mr. Roberto's security deposit to the charges, the remaining balance was $1,391. Addison's Answer, Affirmative Defenses, and Counterclaim ECF No. 123-3, at p. 7 ¶ 14.

11. Undisputed.

12. Undisputed.

13. Disputed. Mr. Roberto's account was onboarded to IQ Data on February 10, 2023. Gulbranson Dep. ECF No. 123-2, at 106:14-22.

14. Undisputed.

15. Undisputed.

16. Undisputed.

17. The first fact is undisputed. The second fact is disputed. IQ Data does not know when the debt was reported to the credit agencies or how the debt was reported because that requires reviewing the credit reporting history in the Metro 2 system, which data was not produced in discovery, and which appears to no longer exist. IQ Data's corporate representative, Mr. Gulbranson, also did not examine this information in preparation for his deposition as IQ Data's Rule 30(b)(6) corporate representative. Gulbranson Dep. ECF No. 123-2, at 131:02-15; 134:13 – 138:19.

18. Undisputed.

19. Undisputed.

20. Disputed. The cited testimony does not support the fact. The testimony generally describes IQ Data's credit reporting policy, and IQ Data does not know whether the policy was followed in this case. Gulbranson Dep. ECF No. 123-2, at 138:17-19. IQ Data also does not know when the debt was reported to the credit agencies or how the debt was reported because that requires reviewing the credit reporting history in the Metro 2 system, which data was not produced in discovery, and which Mr. Gulbranson did not review to prepare for the deposition as IQ Data's corporate representative. Gulbranson Dep. ECF No. 123-2, at 131:02-15; 134:13 – 138:19. IQ Data

Case 0:23-cv-61579-WPD   Document 137   Entered on FLSD Docket 08/14/2024   Page 3 of 9

doesn't even know to which credit agencies the debt was reported. *Id*. at 139:03-07.

21. Undisputed.

22. Undisputed.

23. Undisputed.

24. Undisputed that the settlement and stipulation has the quoted language.

25. Undisputed.

26. Undisputed that Mr. Roberto testified that he could not get a credit increase because IQ Data credit reported the derogatory account. Undisputed that Mr. Roberto testified he did not know if IQ Data's negative credit reporting caused this.

27. Undisputed that Addison and JRK claimed the debt was owed. Disputed that Mr. Roberto did not know IQ Data was trying to collect the debt from hm. Roberto Dep. ECF No. 123-5, at 16:4-23. Undisputed that IQ Data was hired to collect the debt from Mr. Roberto.

28. Disputed. Mr. Roberto spoke with Addison or JRK and disputed the debt. Roberto Dep. ECF No. 123-5, at 77:01 – 78:08.

29. Disputed. Mr. Roberto spoke with IQ Data on three occasions and provided information disputing the debt. Transcript of Recorded Calls ECF Nos. 127-15 – 127-17.

30. Undisputed.

31. Undisputed.

32. Disputed. Ms. Theros could not recall what Mrs. Hernandez said about getting money for the down payment. Theros Dep. ECF No. 123-7, at 50:20 – 51:8. Mr. Roberto and Mrs. Hernandez also would have qualified for down payment assistance through the "Heroes" program, *id* at 32:13-21, or "Florida Assist" program, *id* at 51:9-23, had Mr. Roberto's credit score been above a 640, *id* at 51:9-21. And Mr. Roberto's credit score would have been between 695-705,

3

and they would have been approved for a mortgage, had IQ Data's derogatory tradeline not been on Mr. Roberto's credit reports in August 2023. Expert Report Edwin E Johansson IV ECF No. 130-1, at pp. 18-26.

33.     Disputed. Mr. Roberto and Mrs. Hernandez never indicated to Ms. Theros that they were using the lawsuit to generate a down payment and did not want this lawsuit to generate a down payment. Hernandez Aff. ECF No. 130-3, at ¶¶ 35-45; Roberto Aff. ECF No. 130-2, at ¶¶ 10-21.

34.     Disputed. Ms. Theros worked with Plaintiff for over six months and never suggested that Plaintiff's behavior was unusual. Hernandez Aff. ECF No. 130-3, at ¶¶ 6-34; Roberto Aff. ECF No. 130-2, at ¶¶ 15-21. Mr. Roberto and Mrs. Hernandez informed Ms. Theros about the lawsuit, ensuring she was fully aware of their financial situation, and requested the mortgage preapproval to properly respond to discovery in this case. Hernandez Aff., at ¶¶ 21, 30.

35.     Disputed. Mr. Roberto and Mrs. Hernandez have always genuinely sought to buy a home and had no intention of using Ms. Theros to fabricate this lawsuit. Hernandez Aff. ECF No. 130-3, at ¶¶ 6-34; Roberto Aff. ECF No. 130-2, at ¶¶ 15-21.

36.     Disputed. Mrs. Hernandez asked Ms. Theros for the preapproval to properly respond to the discovery in this lawsuit. Hernandez Aff., at ¶ 30.

37.     Disputed. Ms. Theros worked with Mr. Roberto and Mrs. Hernandez for over six months and never suggested that their behavior was unusual. Hernandez Aff. ECF No. 130-3, at ¶¶ 6-34; Roberto Aff. ECF No. 130-2, at ¶¶ 15-21. Mr. Roberto and Mrs. Hernandez never indicated to Ms. Theros that they were using the lawsuit to generate a down payment and did not want this lawsuit to generate a down payment. Hernandez Aff., at ¶¶ 35-45; Roberto Aff., at ¶¶ 10-21.

38. Disputed. Ms. Theros may have provided a tentative interest rate to Mrs. Hernandez. Theros Dep. ECF No. 128-3, at 87:12-23.

39. Undisputed that Mr. Roberto had a 30 day late remark on a Credit One Bank card in March of 2022 and in March of 2021. But the account is duplicated on his Equifax credit report and should not be duplicated, thus shows up twice inaccurately. Edwin E. Johansson IV Expert Report ECF no. 130-1, at p. 24.

40. Disputed. IQ Data's derogatory tradeline negatively affects Mr. Roberto's credit score. Theros Dep. ECF No. 123-8, at 59:20 – 60:12, 62:11 – 64:7; 65:8-19; 66:16-21; 65:8-19; 95:24 – 98:04. And Mr. Roberto's credit score would have been between 695-705, and they would have been approved for a mortgage, had IQ Data's derogatory tradeline not been on Mr. Roberto's credit reports in August 2023. Expert Report Edwin E Johansson IV ECF No. 130-1, at pp. 18-26.

41. Disputed. IQ Data's derogatory tradeline negatively affects Mr. Roberto's credit score. Theros Dep. ECF No. 123-8, at 59:20 – 60:12, 62:11 – 64:7; 65:8-19; 66:16-21; 65:8-19; 95:24 – 98:04. And Mr. Roberto's credit score would have been between 695-705, and he would have been approved for a mortgage, had IQ Data's derogatory tradeline not been on Mr. Roberto's credit reports in August 2023. Expert Report Edwin E Johansson IV ECF No. 130-1, at pp. 18-26.

## PLAINTIFF'S ADDITIONAL FACTS

42. Mr. Roberto wasted time disputing the debt with IQ Data's employees during the collection calls while he was at work. Transcript of Recorded Calls ECF Nos. 127-15 – 127-17; Roberto Aff. Ex. 3, ¶ 22.

43. Mr. Roberto suffered "stress," "humiliation," "embarrassment" and "frustration" due to IQ Data's collection calls. Roberto Dep. ECF No. 123-5, at 60:05 – 62:25; Roberto Aff. Ex. 3, ¶23.

44.     For about (6) months, Mr. Roberto has suffered low back pain due to stress caused by IQ Data's collection conduct. Roberto Dep. ECF No. 123-5, at 60:19-22; Roberto Aff. Ex. 3, ¶24.

45.     The emotional distress has caused Mr. Roberto to have trouble focusing and falling asleep. Roberto Dep. ECF No. 123-5, at 62:07-25; Roberto Aff. Ex. 3, ¶ 25.

46.     Ms. Theros was introduced to Ms. Hernandez by a realtor, Penelope Pepenero. Theros Dep. 29:10-21; Roberto Aff. Ex. 3, ¶ 5; Hernandez Aff. Ex. 4, ¶ 4.

47.     Ms. Pepenero provided Ms. Theros with Ms. Hernandez and Mr. Roberto's documents. Theros Dep. 29:10 – 30:17; Theros Dep. Ex. 1.

48.     In August 2023, Ms. Theros started the prequalification process with Ms. Hernandez and Mr. Roberto. Theros Dep. 32:3-8; Roberto Aff. Ex. 3, ¶ 3; Hernandez Aff. Ex. 4, ¶ 9.

49.     In August 2023, one of the best loan programs for Mr. Roberto and Ms. Hernandez was the "Heroes" program. Theros Dep. 32:13-21.

50.     The "Heroes" program provides down payment assistance. Theros Dep. 32:13-17.

51.     To qualify for down payment assistance under Heros, the applicant needs a 640 FICO score. Theros Dep. 51:9-21.

52.     To qualify for down payment assistance under Florida Assist program, the applicant needs a 640 FICO score. Theros Dep. 51:9-23.

53.     In August 2023, another loan program for Mr. Roberto and Mrs. Hernandez was FHA. Theros Dep. 34:19-22.

54.     Ms. Theros does not recall whether Mrs. Hernandez and Mr. Roberto provided their credit reports in August 2023. Theros Dep. 36:20 – 37:4.

55. Ms. Theros does not recall whether she discussed collection accounts with Mrs. Hernandez in August 2023. Theros Dep. 37:19 – 38:12.

56. Mrs. Hernandez and Mr. Roberto provided Ms. Theros with their credit scores. Text Message from Jecely Hernandez to Maria Theros (Aug. 15, 2023).

57. Ms. Theros had approximately two phone calls with Mrs. Hernandez. Theros Dep. 40:5-18.

58. After the phone calls, Ms. Theros exchanged text messages with Mrs. Hernandez. Theros Dep. 40:5-23; 41:5-23.

59. In May 2024, Guaranteed Rate generated a Bi-Merge report for Mr. Roberto and Mrs. Hernandez. Theros Dep. 43:25 – 45:6; Theros Dep. Ex. 1, at pp. 1-6.

60. If IQ Data did not report the negative account on Mr. Roberto's credit reports, his credit score would have been between "695-705." Expert Report Plt,'s Ex. 1, at p. 25.

61. Mr. Roberto has no "public records" on his credit reports. Edwin E. Johansson IV Expert Report Ex. 1, at p. 19; Theros Dep. 59:20 – 60:15; Theros Dep. Ex. 1, at p. 1.

62. Ms. Theros never informed Mr. Roberto or his wife that she felt like she was being taken advantage of or being used by Mr. Roberto to manufacture damages to support this lawsuit. Roberto Aff. Ex. 3, ¶ 18; Hernandez Aff. Ex. 4, ¶ 42.

63. At no point in time did Mr. Roberto or his wife intend to use Ms. Theros or her company to manufacture damages in support of this lawsuit. Roberto Aff. Ex. 3, ¶ 19; Hernandez Aff. Ex. 4 ¶ 43.

64. When Mr. Roberto and his wife approached Ms. Theros, they truly wanted to buy a home and needed her help in obtaining a home loan. Roberto Aff. Ex. 3, ¶ 20; Hernandez Aff. Ex. 4 ¶ 45.

65. Mr. Roberto and his wife continue to want to purchase a home. Roberto Aff. Ex. 3, ¶ 21; Hernandez Aff. Ex. 4 ¶ 44.

66. Mr. Roberto had to put the home buying process on hold because of the derogatory information placed on his credit report by IQ Data. Roberto Aff. ¶ 16.

67. Mr. Roberto and Ms. Hernandez were surprised to hear that Ms. Theros was under the impression that they utilized her to prop up damages in this case. Roberto Aff. Ex. 3, ¶ 17; Hernandez Aff. Ex. 4 ¶ 41.

68. Mr. Roberto never testified that Ms. Theros preapproved him for a $400,000 loan. Roberto Aff. Ex. 3, ¶ 26; Roberto Dep. ECF No. 123-5, at 100:11-15.

69. If the IQ Data tradeline were deleted, or never reported in early 2023, Mr. Roberto's mid-FICO would be 695-705, Expert Report Plt,'s Ex. 1, at p. 25, and they would have been approved for an FHA loan in August of 2023, *Id*. at p. 26.

Dated: August 8, 2024,

*/s/ Darren R. Newhart*
Darren R. Newhart, Esq.
FL Bar No: 0115546
Email: darren@newhartlegal.com
NEWHART LEGAL, P.A.
14611 Southern Blvd. #1351
Loxahatchee, FL 33470
Telephone: (561) 331-1806
Facsimile: (561) 473-2946

*/s/ Joshua Feygin*
Joshua Feygin, Esq.
FLORIDA BAR NO: 124685
Email: Josh@JFeyginesq.com
JOSHUA FEYGIN, PLLC
1930 Harrison Street, Suite 208 F
Hollywood, FL 33020
Telephone: (954) 228-5674
Facsimile: (954) 697-0357

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2024, a copy of the above document was filed electronically. Notice of this filing will be sent via email to all parties through the Court's electronic filing system as stated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Joshua Feygin*
Joshua Feygin, Esq.
FLORIDA BAR NO: 124685
