IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:23-CV-61579-WPD

| | |
|---|---|
| CARLOS ROBERTO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ADDISON PLACE APARTMENTS PROPERTY OWNER LLC, JRK RESIDENTIAL GROUP, INC., and IQ DATA INTERNATIONAL, INC., | ) ) ) ) |
| | |
| Defendants. | |
| _____/ | |

## NOTICE OF SETTLEMENT

In accordance with M.D. Fla. L.R. 3.09 and Fed. R. Civ. P. 41, the Parties to this action, through undersigned counsel, hereby notify the Court that a settlement in principle has been reached in this action. The Parties ask the Court to retain jurisdiction while the parties negotiate the terms of the settlement agreement and effectuate the terms of the same.

The Parties anticipate filing a stipulation for dismissal with prejudice within THIRTY (30) days.

Dated: November 14, 2024

Respectfully submitted,

/s/ Joshua Feygin
Joshua Feygin, Esq.
FLORIDA BAR NO: 124685
Email: Josh@JFeyginesq.com
**SUE YOUR DEALER – A LAW FIRM**
1930 Harrison Street, Suite 208
Hollywood, FL 33020
Telephone: (954) 228-5671
Facsimile: (954) 697-0357
*Counsel for Plaintiff*

/s/ Douglas A. Kahle
Douglas A. Kahle, Esq.
FL Bar No: 0141194
E-mail: dkahle@schwedpa.com
**Schwed Kahle & Kress, P.A.**
11390 North Jog Rd.
Suite 102
Palm Beach Gardens, FL 33418
Telephone: (561) 694-0070
Facsimile: (561) 694-0057
*Counsel for Defendant, IQ Data International, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on November 14, 2024, via the Clerck of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to all counsel on the service list below.

/s/ Joshua Feygin
Joshua Feygin, Esq.
FLORIDA BAR NO: 124685

## SERVICE LIST

All Counsel of Record.