UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61579-CIV-DIMITROULEAS

CARLOS ROBERTO,

    Plaintiff,

vs.

ADDISON PLACE APARTMENTS
PROPERTY OWNER LLC, JRK RESIDENTIAL
GROUP, INC., and I.Q. DATA
INTERNATIONAL, INC,

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiff's Motion for Attorney [DE 152] and the February 1, 2025 Report and Recommendation of Magistrate Judge Panayotta D. Augustin-Birch [DE 170] (the "Report"). The Court notes that Parties filed a Joint Notice of Waiving Objections to the Magistrate's Report and Recommendation, indicating that Parties have no objection to the Report. *See* [DE 171]. Accordingly, Magistrate Judge's findings in the Report [DE 170] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 170] is hereby **ADOPTED** and **APPROVED**.

2. Plaintiff's Motion for Attorney Fees and Costs [DE 152] is hereby **GRANTED IN PART AND DENIED IN PART** as follows:

   a. Plaintiff is awarded $36,075.00 in attorney's fees.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of February 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Augustin-Birch